UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ADRIAN SULLIVAN,                                          10-CV-425 (CBA)

                    Petitioner,

            -against-                                     NOT FOR PUBLICATION
                                                         ORDER
WILLIAM LEE, Superintendent, Green
Haven Correctional Facility,

                    Respondent.
-------------------------------------------------------------X
AMON, United States District Judge:

        Petitioner William Lee, proceding pro se, moves to stay these proceedings in order to

allow him to return to state court and exhaust claims raised in his petition for a writ of habeas

corpus. The motion is granted. The stay is conditioned upon the following: Petitioner is directed

to initiate exhaustion proceedings in the state court within thirty (30) days of this Order. Once

his state court claims are exhausted, Petitioner must return to this Court and file an amended

petition within thirty (30) days of a final state court decision. Petitioner is warned that, should he

fail to comply with these conditions, the stay will be vacated and he may well find himself time-

barred from re-submitting his claims in a federal habeas corpus petition.

        This action is stayed until the time at which the petitioner moves to amend his petition or

notifies the Court in writing that he will not do so, or at any other time the Court deems just and

proper. Until such time as any of the foregoing occurs, the Clerk of the Court is directed to

administratively close this case.

        SO ORDERED.

Dated:   Brooklyn, New York
         May 14, 2010
                                                    /S/
                                            CAROL B/AMON
                                            United States District Judge